# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 10, 2013

Mr. Michael P. Farris
Home School Legal Defense Association
One Patrick Henry Circle
Purcellville, VA 20132

Re:  Case No. 12-3641, *Uwe Romeike, et al v. Eric Holder, Jr.*
Originating Case No. : A807 368 600 Memphis TN : A807 368 601 : A807 368 602 :
A807 368 603 : A807 368 604 : A807 368 605 : A807 368 606

Dear Mr. Farris,

   Your motion to extend the filing of your reply brief has been **GRANTED**.  The reply brief is
now due on or before **Tuesday, February 5, 2013**.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc:  Ms. Margot L. Carter
     Mr. Thom W. Hussey
     Mr. James Robert Mason III

Enclosure